# PIERCE, HERNS, SLOAN & McLEOD, LLC

ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| CARL E. PIERCE, II | THE BLAKE HOUSE, 321 EAST BAY STREET | WILLIAM P. EARLY |
| LOUIS P. HERNS | CHARLESTON, SOUTH CAROLINA 29401 | M. TODD RAINSFORD |
| ALLAN P. SLOAN, III ✱◆ | | AYESHA T. WASHINGTON |
| W. MULLINS McLEOD, JR. | POST OFFICE BOX 22437 | STEPHEN W. GAUSE |
| JOSEPH C. WILSON, IV † | CHARLESTON, SOUTH CAROLINA 29413 | SONALY K. HENDRICKS |
| JAMES G. KENNEDY | | CHRISTOPHER P. DETERS |
| JAMES D. GANDY, III | (843) 722-7733 | A. STUART HUDSON * |
| DAVID B. YARBOROUGH, JR. | (843) 722-7732 FAX | JASON A. DAIGLE |
| GEORGE L. INABINET, JR. | www.phsm.net | DAVID L. BARNES, JR. |
| | | MARY-MARGARET S. FITZHENRY |
| ✱ MEMBER SC & FL BAR | | RACHAEL A. SYLVESTER |
| ◆ CERTIFIED SC CIRCUIT | | WILSON W. GREENE |
| COURT MEDIATOR | | AMY F. PILLE |
| † MEMBER SC, FL & GA BAR | | |
| * REGISTERED PATENT ATTORNEY | | |

## CONTINGENCY FEE CONTRACT FOR LEGAL SERVICES

I hereby retain and employ the Law Offices of Pierce, Herns, Sloan and McLeod, LLC as my attorneys to represent me in my claim for damages against ___Wateree___ _____, or any others who may be liable on account of injuries and other damages as the result of an accident that took place on or about the __3__ day of __March__, 20__08__.

### I AGREE TO THE FOLLOWING ATTORNEYS FEES

___WK___ I agree to pay the attorneys Thirty-three and One-third Percent (33.33%) of whatever might be recovered from any source in the event of settlement prior to instituting a lawsuit. CLIENT understands that at this point in time, Pierce, Herns, Sloan & McLeod, LLC has not agreed to file a lawsuit pertaining to this matter. Pierce, Herns, Sloan & McLeod, LLC will negotiate and and attempt to achieve a settlement prior to filing suit.

___WK___ I further agree that in addition to the above fee, Pierce, Herns, Sloan & McLeod, LLC will receive from CLIENT reimbursement for all costs, expenses, and disbursements made by Pierce, Herns, Sloan, & McLeod, LLC during the representation. These expenses are to be deducted from CLIENT'S share of the recovery after payment of the contingent fee to Pierce, Herns, Sloan, & McLeod, LLC. The expenses include, but are not limited to the following categories: expert fees and costs; deposition fees and costs; court reporter fees and costs; witness fees; investigator costs; office expenses including copy, mail, and facsimile costs; expenses incurred during travel, including mileage, airfare, hotels, car rentals, and meals; computer-aided research costs; and costs to create trial and other demonstrative exhibits.

___WK___ The attorneys may, at their discretion, withdraw at any time from the representation if the claim does not appear to be recoverable or for any other reason. The client also may withdraw for any reason. If the client does withdraw, the attorney has the right to fees as outlined above on any offers made prior to the client withdrawing as well as the reimbursement of expenses which will be provided in an itemized statement.

___WK___ The client agrees that the attorneys have made no promises or guarantees regarding the outcome of this claim or lawsuit.

___WK___ I have read and agree with the terms and conditions.

EXHIBIT 6

| | *Veronica Robinson* |
|---|---|
| Witness | Client |

_____, 20___

*[signature]*
for Pierce, Herns, Sloan & McLeod, LLC